UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20480-CIV-DIMITROULEAS

Dominik Karnas, et al., on behalf of themselves
and all others similarly situated,

    Plaintiffs,

vs.

McCarter & English, LLP, and The National
Basketball Association, Inc.,

    Defendants.
_____/

## ORDER OF TRANSFER

**GOOD CAUSE** appearing that a transfer of this cause is appropriate pursuant Section 2.15.00 of the Court's Internal Operating Procedures, due to this matter being related to *Karnas v. Cuban,* Case No. 22-CV-22538-ALTMAN/Reid, and subject to the consent of Judge Altman, it is hereby

**ORDERED AND ADJUDGED** that the above-numbered cause be and the same is hereby transferred to the calendar of The Honorable Roy K. Altman for all further proceedings.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 8th day of February, 2024.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

After reviewing the Court file in the above numbered cause, the undersigned hereby **ACCEPTS** the transfer of this case. Accordingly, we hereby **ORDER and ADJUDGE** that all pleadings filed after this date shall bear the following case number, 24-cv-20480-ALTMAN, thereby indicating the Judge to whom all pleadings should be routed or otherwise brought for attention.

**DONE AND ORDERED** in the Southern District of Florida on February 8, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   Honorable William P. Dimitrouleas
      Counsel of Record