UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-20480-ALTMAN/Becerra

**DOMINIK KARNAS**, *et al.*,

    *Plaintiffs*,

v.

**McCARTER & ENGLISH, LLP**, *et al.*,

    *Defendants*.

_____/

## ORDER

The Federal Rules of Civil Procedure provide that, when "actions before the court involve a common question of law or fact, the court may . . . consolidate the actions." FED. R. CIV. P. 42(a). And federal district courts possess "broad discretion in deciding how to best manage the cases before [us]," *Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1366 (11th Cir. 1997), including the "discretion to stay proceedings as an incident to [our] power to control [our] own docket," *Clinton v. Jones*, 520 U.S. 681, 683 (1997). Accordingly, we hereby **ORDER and ADJUDGE** as follows:

1. *Karnas v. Ketchum, Inc.*, No. 24-cv-20534-RKA, and *Karnas v. Barkley*, No. 24-cv-20535-RKA, are hereby **CONSOLIDATED** into *Karnas v. McCarter & English, LLP*, No. 24-cv-20480-RKA.

2. *Karnas v. Ketchum, Inc.*, No. 24-cv-20534-RKA, and *Karnas v. Barkley*, No. 24-cv-20535-RKA, shall be administratively **CLOSED**. All future filings shall be made under *Karnas v. McCarter & English, LLP*, No. 24-cv-20480-RKA. Any pending motions in these three cases, including the Plaintiff's Motion for Intra-district Transfer [ECF No. 6] in *Karnas v. Barkley*, are **DENIED as moot**.

3. The consolidated case, *Karnas v. McCarter & English, LLC*, No. 24-cv-20480-RKA, is **STAYED** pending our adjudication of the Defendants' Motion to Dismiss [ECF No. 189] in the related action, *Karnas v. Cuban*, No. 22-cv-22538-RKA. All deadlines in *Karnas v. McCarter & English, LLC*, No. 24-cv-20480-RKA, are hereby **TERMINATED**.

4. This Order is without prejudice to any party filing a future motion for separate trials under FED. R. CIV. P. 42(b).

5. The Clerk of Court shall docket this Order in the following cases:

    a. *Karnas v. McCarter & English, LLC*, No. 24-cv-20480-RKA;

    b. *Karnas v. Ketchum, Inc.*, No. 24-cv-20534-RKA; and

    c. *Karnas v. Barkley*, No. 24-cv-20535-RKA.

**DONE AND ORDERED** in the Southern District of Florida on February 28, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record