UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-20480-ALTMAN

**DOMINIK KARNAS**, *et al.*,

    *Plaintiffs*,

v.

**McCARTER & ENGLISH, LLP**, *et al.*,

    *Defendants*.

_____/

## ORDER

On February 28, 2024, we consolidated the above-styled action with two related cases, *Karnas v. Ketchum, Inc.*, No. 24-cv-20534-RKA, and *Karnas v. Barkley*, No. 24-cv-20535-RKA. *See* Order Consolidating Cases [ECF No. 8] ¶ 1. We also ordered that this case be stayed pending our adjudication of the Defendants' Motion to Dismiss [ECF No. 189] in the related action, *Karnas v. Cuban*, No. 22-cv-22538-RKA. *Id.* ¶ 3.

Accordingly, the Clerk of Court is directed to **CLOSE** this case for administrative purposes. All deadlines are **TERMINATED**.

**DONE AND ORDERED** in the Southern District of Florida on March 6, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record